Prob 12B
(7/93)

UNITED STATES DISTRICT COURT

for the

**District of Nebraska**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 SEP 29 PM 3: 52

OFFICE OF THE CLERK

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** Timothy Wiggins        **Docket Number:** 8:04CR61

**Sentencing Judge:** The Honorable Richard G. Kopf

**Date of Original Sentence:** December 30, 2004

**Original Offense:** Illegal Transportation of Wildlife
16 USC 3372 (a) (2) & 3373 (d) (2)

**Original Sentence:** Probation (3 years)

**Type of Supervision:** Probation

**Supervision Commences:** December 30, 2004

---

## PETITIONING THE COURT

___ To extend the term of supervision for _____, for a total term of _____.

_X_ To modify the conditions of supervision as follows:

1. The offender shall complete 80 hours of community service as approved by the United States Probation Office. The offender shall be responsible for providing the United States Probation Officer with written proof of the number of hours completed.

2. The offender shall attend, pay for and successfully complete any diagnostic evaluation, treatment or counseling program, or approved support groups (e.g., AA/NA) for alcohol and/or controlled substance abuse, as directed by the United States Probation Officer.

3. Abstain from any use of alcohol.

**Timothy Wiggins**
**Prob 12B**
**September 21, 2006**

## CAUSE

The above named offender was cited by the Harrison County (IA) Sheriff's Office on January 11, 2006, for misdemeanor trespass. He was convicted of this offense in Harrison County (IA) on April 28, 2006. Mr. Wiggins failed to report this citation and conviction to the U.S. Probation Office as ordered.

The above named offender tested presumptive positive for cocaine and methamphetamine on August 28, 2006.

The above named offender tested presumptive positive for cocaine and methamphetamine on September 20, 2006.

Respectfully submitted,

*Travis Wilcoxen*
Travis Wilcoxen
U.S. Probation Officer

Reviewed by,

John A. Hill, Supervising
U.S. Probation Officer

THE COURT ORDERS

___ No Action

___ The Extension of Supervision as noted above

_X_ The Modification of Conditions as noted above

___ Other

Richard G. Kopf
U.S. District Judge

9/29/06
Date

Prob 49
(Rev. 12/00)

# United States District Court

### District of Nebraska

## Waiver of Hearing to Modify Conditions of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following additional conditions:

1. The offender shall complete 80 hours of community service as approved and directed by the United States Probation Officer. The offender shall be responsible for providing the United States Probation Officer with written proof of the number of hours completed.

2. The offender shall attend, pay for and successfully complete any diagnostic evaluation, treatment or counseling program, or approved support groups (e.g., AA/NA) for alcohol and/or controlled substance abuse, as directed by the United States Probation Officer.

3. The offender shall refrain from ANY use of alcohol.

Witness: _____  Signed: _____
      U.S. Probation Officer                       Offender

Date: _____September 21, 2006_____